# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00348-CR

**Sanford Montgomery, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. 1010279, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

**PER CURIAM**

Appellant's motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: August 9, 2001

Do Not Publish